◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL SUMMERVILLE, Appellant. [802 NYS2d 508]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kreindler, J.), rendered May 20, 2003, convicting him of murder in the second degree, criminal possession of a weapon in the second degree, reckless endangerment in the first degree, and assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the People failed to establish by legally sufficient evidence that he acted with depraved indifference (*see* Penal Law § 125.25 [2]) is unpreserved for appellate review (*see People v Finger*, 95 NY2d 894, 895 [2000]; *People v Johnson*, 228 AD2d 521, 522 [1996]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt of depraved indifference murder beyond a reasonable doubt (*see People v Sanchez*, 98 NY2d 373 [2002]). The evidence produced at trial that the defendant fired a gun on a public street in the direction of at least two individuals, and in close proximity to several others, was legally sufficient to establish that he acted with a "depraved indifference to human life" (*People v Robinson*, 180 AD2d 767, 768 [1992]; *see People v Millan*, 155 AD2d 621, 622 [1989]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The defendant's remaining contentions, raised in his supplemental pro se brief, are either unpreserved for appellate review or without merit. S. Miller, J.P., Ritter, Rivera and Skelos, JJ., concur.